Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 0 2 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

_____ District of Arizona

_____ Division

Jennifer Durand

_____

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Gila River Resorts & Casinos
unknown parties a FBI
Gila River Police

_____

**Defendant(s)**
*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.  Do not include addresses here.)*

Case No. **CV24-03376-PHX-SPL--DMF**

*(to be filled in by the Clerk's Office)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Jennifer Durand |
| All other names by which you have been known: | |
| ID Number | ~~18174~~ |
| Current Institution | |
| Address | 949 S. Evergreen Rd. |
| | Tempe                   AZ          85288 |
| | *City*                  *State*     *Zip Code* |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Gila River Resorts + Casinos |
| Job or Title *(if known)* | Wild Horse Pass |
| Shield Number | |
| Employer | |
| Address | 5040 Wild Horse Pass Blvd. |
| | Chandler                AZ          85226 |
| | *City*                  *State*     *Zip Code* |

[x] Individual capacity   [x] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Unknon FBI Agents |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | 21711 N. 7th St. |
| | Pheonix                 AZ          85024 |
| | *City*                  *State*     *Zip Code* |

[x] Individual capacity   [x] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name           Gila River Police
    Job or Title *(if known)*
    Shield Number
    Employer
    Address       693 W. Seed Farm Rd
                 Sacaton     AZ     85147
                     *City*         *State*    *Zip Code*
                   [✓] Individual capacity   [✓] Official capacity

Defendant No. 4
    Name           Security Management Person
    Job or Title *(if known)*   badge # 11035
    Shield Number
    Employer
    Address
                     *City*         *State*    *Zip Code*
                   [✓] Individual capacity   [ ] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    [✓] Federal officials (a *Bivens* claim)

    [✓] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I was at gila river Casino and ARS-13-303 was wrongfully or falsely arrested. 18-USC 242 ADA 14th Amendment 4th Amendment

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

14th Amendment 4th Amendment ADA

(Pg. 11)

despite me asking to
be taken to jail, they
would not charge me with
any thing But arrested
me, putting me in handcuffs,
for no reason. When I
~~was~~ was ambushed by
Security, I sung in
protest, and sung in protest
in police car. This
is modus operandii, of
harrasers, see also CAD
call 24-53126 in Chandler
AZ where I was trespassed
under suspision of DUI falsely.
And then it was talcen back,
no report was filed, and I
have yet to recieve copy of 911
tape

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

They falsely Accused me, as the only thing I drank was by their serving me, they did not flag me, only bumrushed me by security. Then, put me in handcuffs and transported me to bench w/ winnings in cold, searched my belongings, called Ambulance on me, before putting me on bench, did not flag my alcohol consumption took 100 in chips

III.    **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☑ Other *(explain)*

IV.    **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. from me. See pg. (1)

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Gila River Wild Horse Pass Casino

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

many months & reports false to police of me being DUI at various locations,

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    C.    What date and approximate time did the events giving rise to your claim(s) occur?



4/05/24      0114

    D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Cameras
police report.

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.



wrists, mental harm

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$75,001 dollars    13 Blanket
100 Chips stolen

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☑ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes   I called Gila River Police
☐ No   to complain & was not allowed
        to file report

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

Gila River Police Dept.
& DOJ Civil Rights

2.   What did you claim in your grievance?

same as in this claim

3.   What was the result, if any?

NONE

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I have no other redress.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    F.       If you did not file a grievance:

           1.   If there are any reasons why you did not file a grievance, state them here:

_____

           2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

    G.       Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____

        *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)* See CV24-03282 PHX DWL

1.   Parties to the previous lawsuit

Plaintiff(s)   Gregory Karolchik, FBI CV24-03282 PHX DWL

Defendant(s)   Jackie Donney, Tim Donney, Micheal Ragnol;

2.   Court *(if federal court, name the district; if state court, name the county and State)*

AZ Fed Court CV24-03282 PHX DWL

3.   Docket or index number

4.   Name of Judge assigned to your case   unKnown

5.   Approximate date of filing lawsuit   11/22/2024

6.   Is the case still pending?

☑ Yes

☐ No

If no, give the approximate date of disposition.

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

unKnown

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?   NO

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  12/02/24

Signature of Plaintiff

Printed Name of Plaintiff

Prison Identification #   Not incarcerated

Prison Address   at this time

|  | City | State | Zip Code |
|---|---|---|---|

### B.    For Attorneys

Date of signing:  _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number   _____

E-mail Address   _____

## Transaction Into Vault — Wild Horse Pass Hotel & Casino

| | |
|---|---|
| **Gaming Day:** | 4/4/2024 |
| **Vault Location:** | Chip Bank |
| **Vault Shift:** | 51844 - 4/4/2024 6:19 PM - Open |
| **Description:** | Found Money |
| **Banker:** | Smith, Rochelle (016006) |
| **Amount:** | $95.00 |
| **Chip Amount:** | $0.00 |
| **NCV Chip Amount:** | $0.00 |
| **Employee:** | (Not Selected) |

**Note:**     table 253 guest name Jennifer Duran

**Banker Signature:**     Smith, Rochelle (016006)

**Verifier Signature:**     Medrano-Soto, Sandra (007636)



## Transaction Into Vault          ## Wild Horse Pass Hotel & Casino

| | | | |
|---|---|---|---|
| **Game Day:** | 4/4/24 | **Banker:** | Smith, Rochelle (016006) |
| **Description:** | Found Money | **Vault Location:** | Chip Bank |
| **Employee:** | (Not Selected) | **Vault Shift:** | 51844 - 4/4/2024 6:19 PM - Open |
| **Note:** | table 253 guest name Jennifer Duran | | |

| Other Amount | Total |
|---|---|
| Other Amount | $95.00 |

| | Grand Total: | $95.00 |
|---|---|---|

**Banker Signature:**        Smith, Rochelle (016006)

**Verifier Signature:**        Medrano-Soto, Sandra (007636)

Friday, April 05, 2024 1:13 AM    2/2

Document # 1907491



## Transaction Into Vault

# Wild Horse Pass Hotel & Casino

| | |
|---|---|
| **Gaming Day:** | 4/4/2024 |
| **Vault Location:** | Chip Bank |
| **Vault Shift:** | 51844 - 4/4/2024 6:19 PM - Open |
| **Description:** | Found Money |
| **Banker:** | Smith, Rochelle (016006) |
| **Amount:** | $95.00 |
| **Chip Amount:** | $0.00 |
| **NCV Chip Amount:** | $0.00 |
| **Employee:** | (Not Selected) |

**Note:**  table 253 guest name Jennifer Duran

**Banker Signature:**  Smith, Rochelle (016006)

**Verifier Signature:**  Medrano-Soto, Sandra (007636)

Apr 5, 2024 1:13 AM    1/2

Document #    1907491



# Transaction Into Vault

# Wild Horse Pass Hotel & Casino

| | | | |
|---|---|---|---|
| **Game Day:** | 4/4/24 | **Banker:** | Smith, Rochelle (016006) |
| **Description:** | Found Money | **Vault Location:** | Chip Bank |
| **Employee:** | (Not Selected) | **Vault Shift:** | 51844 - 4/4/2024 6:19 PM - Open |
| **Note:** | table 253 guest name Jennifer Duran | | |

| Other Amount | Total |
|---|---|
| Other Amount | $95.00 |

| | Grand Total: | $95.00 |
|---|---|---|

**Banker Signature:** Smith, Rochelle (016006)

**Verifier Signature:** Medrano-Soto, Sandra (007636)

CASINO CASHTRAC



# CHANDLER POLICE DEPARTMENT

## CAD Call HARDCOPY

CP# CH 2024-53126

## SUMMARY

| | | | |
|---|---|---|---|
| **Call Number** | CP# CH 2024-53126 | **Date/In Time** | MAY-10-2024  17:43:25 |
| **Status** | C - CLEARED | **Priority** | 3 |
| **Queue Type** | R | **How Received** | EMERGENCY 911 SYSTEM |
| **Initial Call Type** | TRESPASS/SUBJ REFUSING TO LEAVE | **Final Call Type** | TRESPASS/SUBJ REFUSING TO LEAVE |
| **Call Taker** | 11970  - AUSTIN OVERLEY (RESIGNED) | **Call Taker Desk** | XDSP2 |

**Initial Remarks**   CUSTOMER WHO IS 54A WAS DRIVING A WHITE VEH, AND IS STILL OS,

### CALL TIMES

| | |
|---|---|
| **Received** | MAY-10-2024  17:43:25 |
| **Queued** | MAY-10-2024  17:44:11 |
| **Dispatched** | MAY-10-2024  17:44:40 |
| **Enroute** | MAY-10-2024  17:44:48 |
| **On Scene** | MAY-10-2024  17:48:11 |
| **Cleared** | MAY-10-2024  18:27:12 |

### TOTALS

| | | | |
|---|---|---|---|
| **Units** | 2 | | |
| **Images** | 0 | **Entities** | 0 |
| **Remarks** | 8 | **Documents** | 2 |

## INCIDENT LOCATION

| | |
|---|---|
| **Address** | 2805 W FRYE RD |
| **Place** | STORQUEST SELF STORAGE |
| **District** 2 | **Beat** 6   **Grid** I-10 |

## COMPLAINANT INFORMATION

### COMPLAINANT INFORMATION

| | |
|---|---|
| **Name** | TYSON |
| **Place** | STORQUEST SELF STORAGE |
| **Home Telephone** | (970) 590-8669 |

## CLEARANCE INFORMATION

| | | | |
|---|---|---|---|
| **Final Case Type** | TRESPASS/SUBJ REFUSING TO LEAVE | | |
| **Report Expected** | NO | | |
| **How Cleared** | VERBAL WARNING | **On Bolo** | N |
| **Cleared By** | 11475  - BRANDON SALEWSKI #838 | **Clearance Desk ID** | 2P3 |
| **Reporting Officer 1** | 12528  - MELYSSA COCHRAN #888 | | |
| **Clearance Remarks** | SUBJ. ADV OF FORMAL TRESPASS AND ENTERED INTO LOG. SUBJ LEFT C4 | | |

# CHANDLER POLICE DEPARTMENT

## CAD Call HARDCOPY

CP# CH 2024-53126

---

**Narrative Text**

      **Type**
      **Subject** RP
      **Author** 12528 - MELYSSA COCHRAN #888
    **Related Date** May-10-2024 18:00

```
System: MVD_Received at: 6:00 PM

                                        05/10/2024   18:00
██████
ARIZONA DRIVERS LICENSE
  LICENSE STATUS:Valid
  LICENSE STATUS: - Class D - From 2022-05-10 To 2051-████
     EXPIRATION:2051-████

      PHOTO TYPE:Driver License Photo          DATE:2017-03-06

PERSON: Cunningham, Tyson Kole
             DOB: ████████  App. Age:
             Sex: Male  Race:
       Address: 531 E Glencove St
          City: Mesa  State: AZ
  Zip: 85203-3642

        S.S.N.: ████████
     License #: ████████ State of Issue: AZ
       Build:  Height: 5'11 ft
      Weight: 155 lbs
  Eye Color: BLU  Lens Type:
  Hair Color: BRO
Query this name

Perform Photo (DQP) request
DRIVER LICENSE:████████          STATE OF ISSUE:AZ
        ISSUED:2022-05-10             EXPIRES:2051-████
    RESTRICTION:Corrective lenses
    DL CLASS:Class D - From 2022-05-10 To 2051-████
       STATUS:Valid

******************** DRIVER ALIAS ******************************
NAME:Cunningham, Kole Tyson
NAME:Cunningham, Tyson Cole
NAME:Cunningham, Tyson Kole
```

# CHANDLER POLICE DEPARTMENT

## CAD Call HARDCOPY

CP# CH 2024-53126

---

**Narrative Text**

Type
Subject MKE/DQ.ST/AZ.OLN/███████.IMQ
Author 12477 - JACK CARLSON
Related Date May-10-2024 18:12

████████                                              05/10/2024  18:12

ARIZONA DRIVERS LICENSE

LICENSE STATUS:Valid
 - Class D - From 2023-10-05 To 2039-█████
EXPIRATION:2039-████

NAME:Durand, Jennifer R
DATE OF BIRTH:████████
GENDER:F
ADDRESS:949 S Evergreen Rd, Tempe, AZ, 85288-5074
SSN:████████
HEIGHT:501
WEIGHT:140

EYE COLOR:BRO
HAIR COLOR:BRO

Perform Photo (DQP) request

DRIVER LICENSE:████████
STATE OF ISSUE:AZ
ISSUED:2023-10-05
EXPIRES:2039-████
RESTRICTION:Corrective lenses
DL CLASS:Class D - From 2023-10-05 To 2039-█████
STATUS:Valid

******************** DRIVER ALIAS *****************************

NAME:Durand, Jennifer

PHOTO TYPE:Driver License Photo
DATE:2023-10-05

View Attachment

---



# CHANDLER POLICE DEPARTMENT

## CAD Call HARDCOPY

**CP# CH 2024-53126**

**\*\*\* END OF HARDCOPY \*\*\***

UNITED STATES
POSTAL SERVICE

We ♥ to deliver For You!

Download Informed Delivery APP to manage your redeliveries

Sorry we missed you while you were out.

Date: **10/26**

The item was sent by: **DURAND**

It was sent to: **9445**

At the **EVERGREEN**

About the missed delivery:

It was a: **CERT 10/26**

_____Package     _____Letter     _____Large envelope

☐ USPS® Smart Parcel Locker E
    (Smaller than 17Hx13Wx23D

Available for pickup date: _____

This is the:

☐ First attempt     ☐ Final notice

To schedule a redelivery:

Scan the QR code or go to
usps.com/redelivery

Article number:

**5293 0651 0195 6420**

We have item/s for you which we could not deliver
because:

☐ It requires a payment of $_____ for:
    _____Postage due     _____Customs
☐ Receptacle full/item oversized
☐ No secure location available
☐ No authorized recipient available
☑ Signature required
    ___must be 18+ years old     ___must be 21+ years old
☐ Other: _____

*Please see reverse to schedule redelivery or pickup.*

PS Form 3849, September 2022



# CHANDLER POLICE DEPARTMENT

## CAD Call HARDCOPY

CP# CH 2024-53126

## DISPATCH INFORMATION

| | | | |
|---|---|---|---|
| **Prime Unit** | 2P6 | **Type** | PT |
| **Officer 1** | 12528 - MELYSSA COCHRAN #888 | | |
| **Dispatched** | MAY-10-2024 17:44:40 | **Enroute** | MAY-10-2024 17:44:48 |
| **At Scene** | MAY-10-2024 17:48:11 | | |
| **Inservice** | MAY-10-2024 18:26:19 | | |
| **Dispatch ID** | 11314 - TERESA MICCA | | |

| | | | |
|---|---|---|---|
| **Backup Unit** | 2P3 | **Type** | PT |
| **Officer 1** | 11475 - BRANDON SALEWSKI #838 | | |
| **Dispatched** | MAY-10-2024 17:44:41 | **Enroute** | MAY-10-2024 17:44:51 |
| **At Scene** | MAY-10-2024 17:53:10 | | |
| **Inservice** | MAY-10-2024 18:27:12 | | |
| **Dispatch ID** | 11314 - TERESA MICCA | | |

## REMARKS

| | | | |
|---|---|---|---|
| **Desk ID** | XDSP2 | **Jurisdiction** | CH |
| **Last Updated Date** | 2024-05-10 17:44:52 | | |
| **Last Updated By** | 11970 - AUSTIN OVERLEY (RESIGNED) | **Last Updated Jur** | CH |
| **Remarks** | RP NOW ADVISED THEY ARE NOT DRIVING NOW,GOT OUT AND ARE WALKING TOWARDS UNIT 3033 | | |
| **Desk ID** | XDSP2 | **Jurisdiction** | CH |
| **Last Updated Date** | 2024-05-10 17:45:02 | | |
| **Last Updated By** | 11970 - AUSTIN OVERLEY (RESIGNED) | **Last Updated Jur** | CH |
| **Remarks** | RP WANTS HIM TRESPASSED NOW | | |
| **Desk ID** | XDSP2 | **Jurisdiction** | CH |
| **Last Updated Date** | 2024-05-10 17:45:08 | | |
| **Last Updated By** | 11970 - AUSTIN OVERLEY (RESIGNED) | **Last Updated Jur** | CH |
| **Remarks** | RP COULD SMELL ALCOHOL ON HIM | | |
| **Desk ID** | XDSP2 | **Jurisdiction** | CH |
| **Last Updated Date** | 2024-05-10 17:45:57 | | |
| **Last Updated By** | 11970 - AUSTIN OVERLEY (RESIGNED) | **Last Updated Jur** | CH |
| **Remarks** | 101 WAS DRIVER,WF /APPROX BLONDE /504-506 /RED TANK TOP /BJ'S | | |
| **Desk ID** | XDSP2 | **Jurisdiction** | CH |
| **Last Updated Date** | 2024-05-10 17:46:17 | | |
| **Last Updated By** | 11970 - AUSTIN OVERLEY (RESIGNED) | **Last Updated Jur** | CH |

# CHANDLER POLICE DEPARTMENT

### CAD Call HARDCOPY

CP# CH 2024-53126

---

|  |  |  |  |
|---|---|---|---|
| **Remarks** | VEH IS A WHI 3DOOR,A LOT OF BUMPER DAMAGE | | |
| **Desk ID** | XDSP2 | **Jurisdiction** | CH |
| **Last Updated Date** | 2024-05-10 17:46:23 | | |
| **Last Updated By** | 11970  - AUSTIN OVERLEY (RESIGNED) | **Last Updated Jur** | CH |
| **Remarks** | 2 DOOR | | |
| **Desk ID** | XDSP2 | **Jurisdiction** | CH |
| **Last Updated Date** | 2024-05-10 17:46:35 | | |
| **Last Updated By** | 11970  - AUSTIN OVERLEY (RESIGNED) | **Last Updated Jur** | CH |
| **Remarks** | CAN 45 RP AT THE MAIN OFFICE | | |
| **Desk ID** | INFO | **Jurisdiction** | CH |
| **Last Updated Date** | 2024-05-10 18:11:41 | | |
| **Last Updated By** | 12477  - JACK CARLSON | **Last Updated Jur** | CH |
| **Remarks** | 2P6 !DURAND.JENNIFER..█████ | | |

## CHRONOLOGICAL EVENTS

**SE** MAY-10-2024  17:44:48
SENT TO MDT: 2P6,STATUS CHANGED TO ER BY PATA
12528                                          2P6                                ER

**SE** MAY-10-2024  17:44:51
SENT TO MDT: 2P3,STATUS CHANGED TO ER BY PATA
11475                                          2P3                                ER

**Call Remark** MAY-10-2024  17:44:52        XDSP2  11970  - AUSTIN OVERLEY (RESIGNED)
RP NOW ADVISED THEY ARE NOT DRIVING NOW,GOT OUT AND ARE WALKING TOWARDS
UNIT 3033

**Call Remark** MAY-10-2024  17:45:02        XDSP2  11970  - AUSTIN OVERLEY (RESIGNED)
RP WANTS HIM TRESPASSED NOW

**Call Remark** MAY-10-2024  17:45:08        XDSP2  11970  - AUSTIN OVERLEY (RESIGNED)
RP COULD SMELL ALCOHOL ON HIM

**Call Remark** MAY-10-2024  17:45:57        XDSP2  11970  - AUSTIN OVERLEY (RESIGNED)
101 WAS DRIVER,WF /APPROX BLONDE /504-506 /RED TANK TOP /BJ'S

**Call Remark** MAY-10-2024  17:46:17        XDSP2  11970  - AUSTIN OVERLEY (RESIGNED)
VEH IS A WHI 3DOOR,A LOT OF BUMPER DAMAGE

**Call Remark** MAY-10-2024  17:46:23        XDSP2  11970  - AUSTIN OVERLEY (RESIGNED)
2 DOOR

**Call Remark** MAY-10-2024  17:46:35        XDSP2  11970  - AUSTIN OVERLEY (RESIGNED)
CAN 45 RP AT THE MAIN OFFICE

**Call Update** MAY-10-2024  17:46:48        XDSP2  11970  - AUSTIN OVERLEY (RESIGNED)
COMP.NAME:CHANGED TO:TYSON

---

# CHANDLER POLICE DEPARTMENT

## CAD Call HARDCOPY

CP# CH 2024-53126

**Call Update**  MAY-10-2024  17:46:48          XDSP2   11970  - AUSTIN OVERLEY (RESIGNED)
COMP.CONTACT:CHANGED TO:C

**External Query**  MAY-10-2024  17:49:04
EXT Q VEH-LIC:BFX5924 STATE:AZ TYPE:PC YR:2024 REC:Y CAD:Y EXTN:Y EXTE:Y
THID:1017490363141875853 TONC:Y UNIT:2P6
12528                              2P6                    OS

**RMS Query**  MAY-10-2024  17:49:04
RMS Q VEH-LIC:BFX5924 STATE:AZ TYPE:PC YR:2024 REC:Y CAD:Y EXTN:Y EXTE:Y
THID:1017490363141875853 TONC:Y UNIT:2P6
12528                              2P6                    OS

**Text Document**  MAY-10-2024  18:00:00          12528  - MELYSSA COCHRAN #888
RP

**RMS Query**  MAY-10-2024  18:00:35
RMS Q PERS-NAME:CUNNINGHAM G1:TYSON G2:KOLE DOB:████████ DL:████████
STATE:AZ REC:Y CAD:Y EXTN:Y EXTD:Y THID:1018003539446603754 TONC:Y UNIT:2P6
12528                              2P6                    OS

**External Query**  MAY-10-2024  18:00:35
EXT Q PERS-NAME:CUNNINGHAM G1:TYSON G2:KOLE DOB:████████ DL:████████
STATE:AZ REC:Y CAD:Y EXTN:Y EXTD:Y THID:1018003539446603754 TONC:Y UNIT:2P6
12528                              2P6                    OS

**RMS Query**  MAY-10-2024  18:03:32
RMS Q VEH-LIC:BWC4507 STATE:AZ TYPE:PC YR:2024 REC:Y CAD:Y EXTN:Y EXTE:Y
THID:1018033229660174087 TONC:Y UNIT:2P6
12528                              2P6                    OS

**External Query**  MAY-10-2024  18:03:32
EXT Q VEH-LIC:BWC4507 STATE:AZ TYPE:PC YR:2024 REC:Y CAD:Y EXTN:Y EXTE:Y
THID:1018033229660174087 TONC:Y UNIT:2P6
12528                              2P6                    OS

**External Query**  MAY-10-2024  18:03:32
EXT Q VEH-LIC:BWC4507 STATE:AZ TYPE:PC YR:2024 REC:Y CAD:Y EXTN:Y EXTE:Y
THID:1018033225700241154 TONC:Y UNIT:2P3
11475                              2P3                    OS

**RMS Query**  MAY-10-2024  18:03:32
RMS Q VEH-LIC:BWC4507 STATE:AZ TYPE:PC YR:2024 REC:Y CAD:Y EXTN:Y EXTE:Y
THID:1018033225700241154 TONC:Y UNIT:2P3
11475                              2P3                    OS

**Call Remark**  MAY-10-2024  18:11:41          INFO   12477  - JACK CARLSON
2P6 !DURAND.JENNIFER..████

**SE**  MAY-10-2024  18:11:41
QRY PER: 2P6 DURAND JENNIFER 11221974 AZ
12528                              2P6                    OS

# CHANDLER POLICE DEPARTMENT

## CAD Call HARDCOPY

CP# CH 2024-53126



| | | | |
|---|---|---|---|
| **Text Document** | MAY-10-2024 18:12:00 | 12477 - JACK CARLSON | |
| | MKE/DQ.ST/AZ.OLN/███████.IMQ | | |
| **98** | MAY-10-2024 18:26:19 | | |
| | 12528 | 2P6 | AV |
| **98** | MAY-10-2024 18:27:12 | | |
| | 11475 | 2P3 | AV |
| **Call Update** | MAY-10-2024 18:28:23 | INFO 12477 - JACK CARLSON | |
| | PRIORITY:2 TO:3 | | |
| **Call Update** | MAY-10-2024 18:28:23 | INFO 12477 - JACK CARLSON | |
| | REPORT FLAG:N TO:Y | | |
| **Call Update** | MAY-10-2024 18:28:23 | INFO 12477 - JACK CARLSON | |
| | REPORTING OFFICER2:CH TO: | | |
| **Call Update** | MAY-10-2024 18:28:23 | INFO 12477 - JACK CARLSON | |
| | CALL TYPE:DUI TO:TRESP | | |
| **Call Update** | MAY-24-2024 15:03:23 | INFO 10747 - TAYLOR KOSAREFF | |
| | REPORT FLAG:Y TO:N | | |

## UNIT/OFFICER DETAILS

| | | | |
|---|---|---|---|
| **Details** | MAY-10-2024 17:44:40 | 11314 - TERESA MICCA | |
| | 2P6 | 12528 | PT |
| | 2805 W FRYE RD | | |
| **Details** | MAY-10-2024 17:44:41 | 11314 - TERESA MICCA | |
| | 2P3 | 11475 | PT |
| | 2805 W FRYE RD | | |
| **Details** | MAY-10-2024 17:44:48 | 11314 - TERESA MICCA | |
| | 2P6 | 12528 | PT |
| **Details** | MAY-10-2024 17:44:48 | 11314 - TERESA MICCA | |
| | 2P6 | 12528 | PT |
| | SENT TO MDT: 2P6,STATUS CHANGED TO ER BY PATA | | |
| **Details** | MAY-10-2024 17:44:51 | 11314 - TERESA MICCA | |
| | 2P3 | 11475 | PT |
| **Details** | MAY-10-2024 17:44:51 | 11314 - TERESA MICCA | |
| | 2P3 | 11475 | PT |
| | SENT TO MDT: 2P3,STATUS CHANGED TO ER BY PATA | | |
| **Details** | MAY-10-2024 17:48:11 | 12528 - MELYSSA COCHRAN #888 | |
| | 2P6 | 12528 | PT |
| **Details** | MAY-10-2024 17:49:04 | 12528 - MELYSSA COCHRAN #888 | |

# CHANDLER POLICE DEPARTMENT

## CAD Call HARDCOPY

CP# CH 2024-53126

|  | 2P6 | 12528 | PT |

EXT Q VEH-LIC:BFX5924 STATE:AZ TYPE:PC YR:2024 REC:Y CAD:Y EXTN:Y EXTE:Y
THID:1017490363141875853 TONC:Y UNIT:2P6

**Details** MAY-10-2024  17:49:04     12528  - MELYSSA COCHRAN #888
2P6                 12528         PT

RMS Q VEH-LIC:BFX5924 STATE:AZ TYPE:PC YR:2024 REC:Y CAD:Y EXTN:Y EXTE:Y
THID:1017490363141875853 TONC:Y UNIT:2P6

**Details** MAY-10-2024  17:53:10     11475  - BRANDON SALEWSKI #838
2P3                 11475         PT

**Details** MAY-10-2024  18:00:35     12528  - MELYSSA COCHRAN #888
2P6                 12528         PT

RMS Q PERS-NAME:CUNNINGHAM G1:TYSON G2:KOLE DOB:███████ DL:████████
STATE:AZ REC:Y CAD:Y EXTN:Y EXTD:Y THID:1018003539446603754 TONC:Y UNIT:2P6

**Details** MAY-10-2024  18:00:35     12528  - MELYSSA COCHRAN #888
2P6                 12528         PT

EXT Q PERS-NAME:CUNNINGHAM G1:TYSON G2:KOLE DOB:███████ DL:████████
STATE:AZ REC:Y CAD:Y EXTN:Y EXTD:Y THID:1018003539446603754 TONC:Y UNIT:2P6

**Details** MAY-10-2024  18:03:32     12528  - MELYSSA COCHRAN #888
2P6                 12528         PT

RMS Q VEH-LIC:BWC4507 STATE:AZ TYPE:PC YR:2024 REC:Y CAD:Y EXTN:Y EXTE:Y
THID:1018033229660174087 TONC:Y UNIT:2P6

**Details** MAY-10-2024  18:03:32     12528  - MELYSSA COCHRAN #888
2P6                 12528         PT

EXT Q VEH-LIC:BWC4507 STATE:AZ TYPE:PC YR:2024 REC:Y CAD:Y EXTN:Y EXTE:Y
THID:1018033229660174087 TONC:Y UNIT:2P6

**Details** MAY-10-2024  18:03:32     11475  - BRANDON SALEWSKI #838
2P3                 11475         PT

EXT Q VEH-LIC:BWC4507 STATE:AZ TYPE:PC YR:2024 REC:Y CAD:Y EXTN:Y EXTE:Y
THID:1018033225700241154 TONC:Y UNIT:2P3

**Details** MAY-10-2024  18:03:32     11475  - BRANDON SALEWSKI #838
2P3                 11475         PT

RMS Q VEH-LIC:BWC4507 STATE:AZ TYPE:PC YR:2024 REC:Y CAD:Y EXTN:Y EXTE:Y
THID:1018033225700241154 TONC:Y UNIT:2P3

**Details** MAY-10-2024  18:11:41     12477  - JACK CARLSON
2P6                 12528         PT

QRY PER: 2P6 DURAND JENNIFER 11221974 AZ

**Details** MAY-10-2024  18:26:19     12528  - MELYSSA COCHRAN #888
2P6                 12528         PT

**Details** MAY-10-2024  18:26:19     12528  - MELYSSA COCHRAN #888
2P6                 12528         PT

# CHANDLER POLICE DEPARTMENT

## CAD Call HARDCOPY

CP# CH 2024-53126

UPDATED CASE CH53126 FOUNDED-Y REPORT-N CLEARED BY-V FINAL-TRESP BOLO-
STUDY FLAG- REM-SUBJ. ADV OF FORMAL TRESPASS AND ENTERED INTO LOG. SUBJ
LEFT C4

**Details** MAY-10-2024 18:27:12          11475  - BRANDON SALEWSKI #838
2P3                                          11475                 PT

**Details** MAY-10-2024 18:27:12          11475  - BRANDON SALEWSKI #838
2P3                                          11475                 PT

CLEARED CASE CH53126 FOUNDED-Y REPORT-N CLEARED BY-V FINAL-TRESP BOLO-N
STUDY FLAG- REM-SUBJ. ADV OF FORMAL TRESPASS AND ENTERED INTO LOG. SUBJ
LEFT C4